# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHRIS DAVENPORT,

   Plaintiff,

v.

RECONTRUST COMPANY, N.A., et al.,

   Defendants.

2:11-CV-1295 JCM (RJJ)

## ORDER

Presently before the court is defendant Recontrust Company's motion to dismiss the case for failure to state a claim and expunge *lis pendens*. (Doc. #6). To date, the response deadline has passed, and no response has been filed.

Pursuant to Local Rule 7-2(b), an opposing party's failure to file a timely response to any motion constitutes the party's consent to the granting of the motion and is proper grounds for dismissal. *U.S. v. Warren*, 601 F.2d 471, 474 (9th Cir. 1979). However, prior to dismissal, the district court is required to weigh several factors: "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases of their merits; and (5) the availability of less drastic sanctions." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (citing *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986)).

The plaintiff has filed three nearly identical lawsuits in the past year. The first suit was filed

**James C. Mahan**
**U.S. District Judge**

1 on August 25, 2010, in Clark County district court. That action was subsequently removed to the United States District Court for the District of Nevada and assigned to Judge Pro. On March 28, 2011, Judge Pro dismissed the action

The instant complaint contains no new allegations. Accordingly, the plaintiff's claims are barred by *res judicata* because each of the events at issue in this case took place prior to the plaintiff's original lawsuit, and any claims pertaining thereto could have been raised in those proceedings. In light of the plaintiff's failure to respond and weighing the factors identified in *Ghazali*, the court finds dismissal appropriate.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion to dismiss (doc. #6) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED, that plaintiff's motion for preliminary injunction (doc. #1-1) be, and the same hereby is, DENIED.

DATED September 14, 2011.

_____
**UNITED STATES DISTRICT JUDGE**