1
2
3
4

**UNITED STATES DISTRICT COURT**

5
**DISTRICT OF NEVADA**

6
7

CHRIS DAVENPORT,                          2:11-CV-1295 JCM (RJJ)

8
9
                    Plaintiff,

10
v.

11
RECONTRUST COMPANY, N.A., et

12
al.,

13
                    Defendants.

14
15

**ORDER**

16
        Presently before the court is defendant Recontrust Company's motion to dismiss the case for

17
failure to state a claim and expunge *lis pendens*. (Doc. #6). To date, the response deadline has

18
passed, and no response has been filed.

19
        Pursuant to Local Rule 7-2(b), an opposing party's failure to file a timely response to any

20
motion constitutes the party's consent to the granting of the motion and is proper grounds for

21
dismissal. *U.S. v. Warren*, 601 F.2d 471, 474 (9th Cir. 1979). However, prior to dismissal, the

22
district court is required to weigh several factors: "(1) the public's interest in expeditious resolution

23
of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4)

24
the public policy favoring disposition of cases of their merits; and (5) the availability of less drastic

25
sanctions." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (citing *Henderson v. Duncan*, 779 F.2d

26
1421, 1423 (9th Cir. 1986)).

27
        The plaintiff has filed three nearly identical lawsuits in the past year. The first suit was filed

28

**James C. Mahan**
**U.S. District Judge**

1    on August 25, 2010, in Clark County district court. That action was subsequently removed to the
2    United States District Court for the District of Nevada and assigned to Judge Pro. On March 28,
3    2011, Judge Pro dismissed the action

4          The instant complaint contains no new allegations. Accordingly, the plaintiff's claims are
5    barred by *res judicata* because each of the events at issue in this case took place prior to the
6    plaintiff's original lawsuit, and any claims pertaining thereto could have been raised in those
7    proceedings. In light of the plaintiff's failure to respond and weighing the factors identified in
8    *Ghazali*, the court finds dismissal appropriate.

9          Accordingly,

10          IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion to
11    dismiss (doc. #6) be, and the same hereby is, GRANTED.

12          IT IS FURTHER ORDERED, that plaintiff's motion for preliminary injunction (doc. #1-1)
13    be, and the same hereby is, DENIED.

14          DATED September 14, 2011.

15

16    _____
          UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**

- 2 -