ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINA S. BHIRUD, ESQ.
Nevada Bar No. 11462
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone:     (702) 634-5000
Facsimile:      (702) 380-8572
Email: ariel.stern@akerman.com
Email: christina.bhirud@akerman.com

*Attorneys for Defendant
ReconTrust Company, N.A.*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| CHRIS DAVENPORT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RECONTRUST COMPANY, N.A., a wholly-owned subsidiary of Bank of America, N.A.; AND DOES I individuals 1 to 100, Inclusive; and ROES Corporations 1 to 30, Inclusive,<br><br>Defendants. | Case No:  2:11-cv-01295-JCM-RJJ<br><br>**ORDER CANCELING LIS PENDENS** |

This court issued an order [Dkt. 14] granting defendant ReconTrust Company, N.A.'s (**defendant**) motion to dismiss for failure to state a claim and expunge lis pendens [Dkt. 6] (**motion**) on September 14, 2011, and entered judgment in favor of defendant on September 14, 2011 [Dkt. 15].

Defendant requests that the lis pendens plaintiff Chris Davenport (**plaintiff**) recorded against the subject property be canceled.

The court finds that plaintiff recorded a notice of lis pendens affecting real property (**lis pendens**) on July 25, 2011, as Instrument Number 201107250001396, in the real property records maintained by the Clark County Recorder.  A copy of the lis pendens is attached hereto as **Exhibit A** and fully incorporated by reference.

Upon consideration of defendant's request to cancel the above-referenced lis pendens, and

good cause appearing therefore, the court hereby grants defendant its requested relief and rules as follows:

1. It is ordered, adjudged and decreed that the above-referenced lis pendens is hereby canceled, released and expunged.

2. It is further ordered, adjudged and decreed that this order canceling the above-referenced lis pendens has the same effect as an expungement of the original lis pendens.

3. It is further ordered, adjudged and decreed that defendant record a properly certified copy of this cancellation order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this order's issue.

APPROVED:

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE
Dated: October 25, 2011

Submitted by:
**AKERMAN SENTERFITT LLP**

 /s/ Christina S. Bhirud
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINA S. BHIRUD, ESQ.
Nevada Bar No. 11462
400 South Fourth Street, Suite 450
Las Vegas, Nevada  89101

*Attorneys for Defendant*
*ReconTrust Company, N.A.*