ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINA S. BHIRUD, ESQ.
Nevada Bar No. 11462
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone:     (702) 634-5000
Facsimile:      (702) 380-8572
Email: ariel.stern@akerman.com
Email: christina.bhirud@akerman.com

*Attorneys for Defendant*
*ReconTrust Company, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRIS DAVENPORT, an individual,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>RECONTRUST COMPANY, N.A., a wholly-owned subsidiary of Bank of America, N.A.; AND DOES I individuals 1 to 100, Inclusive; and ROES Corporations 1 to 30, Inclusive,<br><br>　　　　　　　Defendants. | Case No:  2:11-cv-01295-JCM-RJJ<br><br>**ORDER CANCELING LIS PENDENS** |

This court issued an order [Dkt. 14] granting defendant ReconTrust Company, N.A.'s (**defendant**) motion to dismiss for failure to state a claim and expunge lis pendens [Dkt. 6] (**motion**) on September 14, 2011, and entered judgment in favor of defendant on September 14, 2011 [Dkt. 15].

Defendant requests that the lis pendens plaintiff Chris Davenport (**plaintiff**) recorded against the subject property be canceled.

The court finds that plaintiff recorded a notice of lis pendens affecting real property (**lis pendens**) on July 25, 2011, as Instrument Number 201107250001396, in the real property records maintained by the Clark County Recorder.  A copy of the lis pendens is attached hereto as **Exhibit A** and fully incorporated by reference.

Upon consideration of defendant's request to cancel the above-referenced lis pendens, and

{22420245;1}                                                                       1

good cause appearing therefore, the court hereby grants defendant its requested relief and rules as follows:

1. It is ordered, adjudged and decreed that the above-referenced lis pendens is hereby canceled, released and expunged.

2. It is further ordered, adjudged and decreed that this order canceling the above-referenced lis pendens has the same effect as an expungement of the original lis pendens.

3. It is further ordered, adjudged and decreed that defendant record a properly certified copy of this cancellation order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this order's issue.

APPROVED:

*[signature]*

UNITED STATES DISTRICT JUDGE

Dated: October 25, 2011

Submitted by:
**AKERMAN SENTERFITT LLP**

 /s/ Christina S. Bhirud
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINA S. BHIRUD, ESQ.
Nevada Bar No. 11462
400 South Fourth Street, Suite 450
Las Vegas, Nevada  89101

*Attorneys for Defendant*
*ReconTrust Company, N.A.*

{22420245;1}                    2

# EXHIBIT A

# EXHIBIT A

{20628576.1}

**RECORDING COVER PAGE** 

Inst #: 201107250001396
Fees: $16.00
N/C Fee: $0.00
07/25/2011 11:41:33 AM
Receipt #: 855132
Requestor:
CHRIS DAVENPORT
Recorded By: GWC  Pgs: 3
DEBBIE CONWAY
CLARK COUNTY RECORDER

Must be typed or printed clearly in black ink only.

APN# 125-33-306-006

11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

**TITLE OF DOCUMENT (DO NOT Abbreviate)**

NOTICE OF LIS PENDENS AFFECTING REAL PROPERTY

Title of the Document on cover page must be EXACTLY as it appears on the first page of the document to be recorded.

Recording requested by:

CHRIS DAVENPORT

Return to:

Name CHRIS DAVENPORT

Address 5016 N. CIMARRON ROAD

City/State/Zip LAS VEGAS, NV 89129

This page provides additional information required by NRS 111.312 Sections 1-2.

An additional recording fee of $1.00 will apply.

To print this document properly—do not use page scaling.

P:\Recorder\Forms 12_2010

Electronically Filed
07/22/2011 01:30:05 PM

/s/ Steven D. Grierson
CLERK OF THE COURT

1  RECORDING REQUESTED BY: Plaintiff: Chris Davenport
2  AND WHEN RECORDED MAIL TO:
3  LISP
   Chris Davenport
   5016 N. Cimarron Rd.
4  Las Vegas, NV 89129
   702-218-1486
5  cdltd@lvcoxmail.com
6  PLAINTIFF: *IN PRO PER*

7  SPACE ABOVE THIS LINE FOR RECORDER'S USE
8
9                    DISTRICT COURT
10                CLARK COUNTY, NEVADA

11 CHRIS DAVENPORT an individual,
12       Plaintiff(s)                        CASE NO.: A-11-645375-C
13       vs.                                 XXVII
   RECONTRUST COMPANY, N.A. a wholly-
14 owned subsidiary of Bank of America, N.A; AND   DEPARTMENT:
   DOES I individuals 1 to 100, Inclusive; and ROES
15 Corporations 1 to 30, Inclusive; and all other
16 persons and entities unknown claiming any
   right, title, estate, lien or interest in the real   **NOTICE OF LIS PENDENS**
17 property described in the Complaint adverse to
   Plaintiff's ownership, or any cloud upon      **AFFECTING REAL PROPERTY**
18 Plaintiff's title thereto,                  NOTICE: THIS LIS PENDENS IS EFFECTIVE UPON
                                               SERVICE OF THE PARTY REQUESTING SAME
19       Defendants.                           WHEN ISSUED AND AGAINST THE OTHER PARTY
                                               WHEN SERVED, AND SHALL REMAIN IN EFFECT
20                                             FROM THE TIME OF ITS ISSUANCE UNTIL TRIAL
                                               OR UNTIL DISSOLVED OR MODIFIED BY THE
21                                             COURT. DISOBEDIENCE OF THIS LIS PENDENS IS
                                               PUNISHABLE BY CONTEMPT.
22
23
24
25
26
27
28

NOTICE OF PENDANCY OF ACTION

1

TO: ALL INTERESTED PARTIES

NOTICE IS HEREBY GIVEN pursuant to NRS Chapter 14, NRS 125.220, and NRS Chapter 608, that there is currently pending in the Judicial District Court.

The action which affects the Title to a specific parcel of real property and the right to lawful possession of the same, the property location is:

5016 N. Cimarron Rd., Las Vegas, NV 89129

And of which the legal description is as follows: APN#125-33-306-006
Parcel Map file 22, Page 4, Lot 03, Block XX and by Certificate of record on 2/11/2005 in Book 20050211 as Inst. No. 03047 all in the office of the County Recorder for Clark County, NEVADA.

and which is identified in the complaint of this action.

The property affected by the action is located in the County of Clark, Nevada. The natures of the claims are:
1. Declaratory Relief
2. Negligence
3. Wrongful Foreclosure- Set Aside Trustee Sale
4. Breach of Covenant of Good Faith and Fair Dealing
5. Statutorily Defective Foreclosure- NRS 107.080
6. Misrepresentation
7. Detrimental Reliance
8. Intentional Interference of Contract Relations
9. Fair Debt Col. Prac. Act -15 U.S.C. 1692 et seq
10. (Rescission)Cancel Deed of Trust

NOTICE IS FURTHER GIVEN that YOU ARE HEREBY PROHIBITED AND RESTRAINED FROM; transferring, encumbering, selling or otherwise disposing of any portion of said real property without the written permission of the court.

DATED this ____ day of _____, 2011.

Plaintiff Signature(s)

Chris Davenport
5016 N. Cimarron Rd.
Las Vegas, NV 89129
702-218-1486
cdltd@lvcoxmail.com   PLAINTIFF: *IN PRO SE*

ACKNOWLEDGEMENT

Subscribed and sworn to before me this 21st day of July 2011.

Signed: _____   Seal:

NOTARY PUBLIC in and for the County of Clark, State of Nevada.

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
MATTHEW KISNER
No. 06-100-4-1
Appointment Expires March 26, 2014

NOTICE OF PENDANCY OF ACTION

2